RONALD K. ALBERTS (SBN: 100017)
ralberts@grsm.com
NORVIK AZARIAN (SBN: 325315)
nazarian@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
HUMANA INC. (erroneously sued as HUMANA, INC.)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-CITY HEALTHCARE DISTRICT DBA TRI-CITY MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA, INC., a Delaware for profit corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: **'22CV0877 BEN BLM**<br><br>**DEFENDANT HUMANA INC.'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1332**<br><br>**[DIVERSITY, 28 U.S.C. § 1332]**<br><br>State Court Complaint Filed: May 9, 2022<br>State Court Case Number: 37-2022-00017558-CU-CO-CTL<br><br>Accompanying Papers:<br>Declaration of Ronald K. Alberts |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant HUMANA INC. (erroneously sued as HUMANA, INC.) ("Humana") hereby removes civil case number 37-2022-00017558-CU-CO-CTL from the Superior Court of the State of California, County of San Diego, to the United States District Court, Southern District of California, based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446.

## STATEMENT OF JURISDICTION

1. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and one that may be removed to this Court by Humana pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

## TIMELINESS OF REMOVAL

2. 28 U.S.C § 1446(b) provides, in pertinent part, that the "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

3. On May 9, 2022, Plaintiff Tri-City Healthcare District dba Tri-City Medical Center ("Plaintiff") filed the civil action entitled *Tri-City Healthcare District dba Tri-City Medical Center v. Humana, Inc.*, in the Superior Court of the State of California, County of San Diego. The civil action was given Case Number 37-2022-00017558-CU-CO-CTL. A true and correct copy of the Summons and State Court Complaint ("Complaint"), and all accompanying documents, are attached as Exhibit "A" to the Declaration of Ronald K. Alberts filed concurrently with this Notice of Removal ("Alberts Decl.").

4. On May 16, 2022, Plaintiff served Humana's agent for service of process with the Complaint. (Alberts Decl., ¶ 4, Ex. B.)

5. Accordingly, as thirty days have not passed since the date Plaintiff served Humana with the Complaint, this Notice of Removal is timely.

## BASIS FOR DIVERSITY JURISDICTION

6. A defendant may remove to the appropriate district court "any civil action brought in a state court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). The "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or

1  value of $75,000, exclusive of interest and costs, and is between . . . citizens of
2  different States." 28 U.S.C. 1332(a)(1).  Accordingly, this District Court has
3  original jurisdiction over this action under 28 U.S.C. § 1332, as the amount in
4  controversy exceeds the sum or value of $75,000.00, and the matter is between
5  citizens of different States.

**(Diversity of Citizenship)**

7.  In the Complaint, Plaintiff alleges that it "is a California corporation established and recognized pursuant to the Constitution of the State of California," with its principle place of business in Oceanside, California. (Complaint, ¶ 1.) Therefore, Humana is informed and believes that at the time of the filing of the Complaint and this Notice of Removal, Plaintiff was and is a citizen of the State of California.

8.  As the only named defendant in the Complaint, Plaintiff alleges that Humana is a "corporation organized and existing pursuant to the laws of the State of Delaware," with its principle place of business in Louisville, Kentucky. (Complaint, ¶ 2.) Therefore, Humana is not a California citizen.

9.  Further, the citizenship of all unnamed and fictitious "Doe" defendants should be disregarded in determining whether diversity of citizenship exists for removal purposes. 28 U.S.C. § 1441(b)(1).

10. Accordingly, complete diversity exists between Plaintiff and Humana.

**(Amount in Controversy)**

11. To satisfy the amount in controversy requirement for purposes of removal, "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554, (2014).

12. Under Ninth Circuit jurisprudence, "it is facially apparent from the complaint that the jurisdictional amount is in controversy" where a plaintiff alleges a specific amount of damages in his complaint. *Lowdermilk v. U.S. Bank Nat'l*

-3-
DEFENDANT HUMANA INC.'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1332

*Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007) (citations omitted).

13. Here, Plaintiff seeks monetary relief from Humana "for the principal sum to be proven at trial but not less than $844,634.06. (Complaint, Prayer for Relief, ¶ 1.). Thus, the amount in controversy definitely exceeds the statutory amount under 28 U.S.C. § 1332.

## **REMOVAL TO THIS JURISDICTION IS PROPER**

14. This action may be removed by Humana to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1446, in that it is a civil action wherein the amount in controversy exceeds the sum of $75,000.00 and is between citizens of different States.

15. Venue is proper under 28 U.S.C. § 1441(a), which provides for removal to the District Court of the United States for the district and division embracing the place where the action is pending. Removal to the United States District Court for the Southern District of California is appropriate because the removed state court action was filed in the Superior Court of California in the County of San Diego, which is located within this judicial district.

WHEREFORE, Humana prays that this action be removed from the Superior Court of the State of California, County of San Diego to the United States District Court for the Southern District of California.

June 15, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Ronald K. Alberts*
Ronald K. Alberts
Norvik Azarian
Attorneys for Defendant
HUMANA INC. (erroneously sued as HUMANA, INC.)